### Robert Blackwood v. Peter P. Van Vleet.

A decretal order allowing a general demurrer to a bill in chancery, but not in terms dismissing the bill or awarding costs, is not a *final decree* from which an appeal can be taken to this Court.

*Heard and decided July 18th.*

Appeal in Chancery from Lenawee Circuit.

The bill was filed to cancel certain tax titles, held by

---

*Egbert Eldred*, Town Clerk.

defendant, of lands which he occupied, but which were claimed by complainant; and also for an injunction to restrain waste upon the lands. Defendant demurred generally, for want of equity. On the hearing in the Court below, the following decretal order was entered:

"The demurrer in this cause having been duly brought on for argument, at the last term of this Court, and the respective solicitors having been heard, after due consideration thereupon, it is now ordered and decreed, and this Court doth order and decree, that the demurrer be and the same is hereby sustained."

Treating this as a final decree, the complainant appealed.

*A. L. Millerd*, for complainant, to the point that on the allowance of a general demurrer the cause was out of court, and no further steps could be taken therein, cited *Story Eq. Pl.* § 459; 1 *Barb. Ch. Pr.* 211; *Dan. Ch. Pr.* 668, *et seq.*

*T. M. Cooley*, contra, cited *Note to Story Eq. Pl.* § 459, *last ed.; Dan. Ch. Pr.* 670; 13 *Ill.* 31; *Chancery Rule* 22.

The COURT held this not to be a final decree. It does not necessarily dispose of the case in the Court below. It does not in terms dismiss the bill, or determine, if it is dismissed, whether it shall be without prejudice or not. It says nothing on the subject of costs. These subjects would still be under the control of the Court of Chancery, notwithstanding this order. If the complainant in this case had waited until the forty days allowed by statute for an appeal had expired, expecting defendant to apply for a decree formally dismissing the bill and awarding costs, it could hardly be held that he had thereby lost his right to appeal. If the defendant fails to perfect the decree, and the complainant does not ask leave to amend, but desires to appeal, he can himself cause the decree to be perfected for that purpose.

*Case dismissed, for want of jurisdiction.*